DANIEL M. HAYES (SBN 240250)
HAYES LITIGATION PC
2049 Century Park East, 18th Floor
Los Angeles, California 90067
Telephone: (310) 295-1545
dh@hayeslitigation.com

Attorney for Plaintiff MidFirst Bank

**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIDFIRST BANK, a federally chartered savings association,<br><br>　　Plaintiff,<br><br>　　v.<br><br>UPGO, INC., a corporation, SUN JOO KIM, an individual, RETRIEVO, INC., a corporation, EDWARD HONG, an individual, TERRAMOR ENTERPRISES INC., a corporation, BYUNG WOO CHOI, an individual, MEDICAL BENEFITS INC., a corporation, KIYONG JEONG, an individual, ZODIAK, INC., a corporation, KRIS PARK, an individual, INSUK WORLDWIDE CORP., a corporation, TAE MYUNG EOM, an individual, DURUSTECH, INC., a corporation, WOO YOUNG JANG, an individual, VITAPRO, INC., a corporation, HYEJIN LEE, an individual, JUNGWOO INC., a corporation, SUN OK YUN, an individual, ZEBRA COMMERCE, INC., a corporation, BYUNGIK DAVID OH, an individual, YEON YI aka YUNA LEE, an individual, and DOES 1-100, inclusive,<br><br>　　Defendants. | Case No. 8:23-cv-02170 JWH (DFMx)<br><br>Date:　　September 20, 2024<br>Time:　　9:00 a.m.<br>Courtroom: 9D<br>Judge:　　Hon. John W. Holcomb<br><br>**NOTICE OF APPLICATION AND APPLICATION FOR DEFAULT JUDGMENT BY COURT**<br><br>**[Fed. R. Civ. P. 55(b)(2)]**<br><br>[DECLARATIONS OF CHAD BERRY AND DANIEL M. HAYES FILED CONCURRENTLY] |

1
APPLICATION FOR DEFAULT JUDGMENT

**TO THE COURT AND DEFENDANTS:**

**PLEASE TAKE NOTICE** that on September 20, 2024 at 9:00 a.m. in Courtroom 9D of the above-captioned Court, located at 411 W. 4th Street, Santa Ana, California 92701, Plaintiff MidFirst Bank ("MidFirst") will and hereby does apply for entry of a Default Judgment by the Court against the following Defendants, all of whom are in default, and all of whom failed to file a Motion to Vacate Default by the July 12, 2024 deadline: Sun Joo Kim; Retrievo, Inc.; Edward Hong; Medical Benefits Inc.; Kiyong Jeong; Kris Park; Insuk Worldwide Corp.; Tae Myung Eom; Woo Young Jang; Vitapro, Inc.; Hyejin Lee; Sun Ok Yun; Zebra Commerce, Inc.; Byungik David Oh; and Yeon Yi (collectively, the "Defaulted Defendants").

There is good cause for this Application.

First, MidFirst has dismissed all the Defendants that have not been served without prejudice. ECF 74. Those Defendants are: Upgo, Inc.; Terramor Enterprises Inc.; Byung Woo Choi; Zodiak, Inc.; Durustech, Inc.; and Jungwoo Inc. (collectively, the "Dismissed Defendants").

Second, all the Defaulted Defendants—the only Defendants that remain—are in default.

Third, MidFirst filed this action on November 20, 2023, and since then, the Defaulted Defendants have had numerous opportunities to defend. They chose not to.

Fourth, MidFirst will serve this Notice of Application, Application, and supporting Declarations on the individual Defaulted Defendants that appeared or attempted to appear via the stricken Answer (ECF 61) at least seven days before the September 20, 2024 hearing in accordance with Fed. R. Civ. P. 55(b)(2), in the same fashion as their former counsel did (ECF 63, 64), and will file proof of the same prior to September 20, 2024. None of the corporate Defaulted Defendants appeared or even attempted to appear.

Fifth, MidFirst submits the Declarations of Chad Berry and Daniel M. Hayes substantiating its damages and attorney's fees and costs, concurrently with this

Application.

This Motion is based on this Notice of Application, the attached Application, the concurrently filed Declarations of Chad Berry and Daniel M. Hayes, all pleadings on file herein, any further supporting documents filed by MidFirst at the Court's request, and any argument by counsel for MidFirst at the hearing on this Application.

DATED: August 23, 2024

Respectfully submitted,

DANIEL M. HAYES
HAYES LITIGATION PC

By:/s/Daniel M. Hayes
    Daniel M. Hayes
    Attorney for Plaintiff MidFirst Bank

# APPLICATION FOR DEFAULT JUDGMENT BY COURT

**TO THE COURT AND DEFENDANTS:** Plaintiff MidFirst Bank ("MidFirst") hereby applies for a Default Judgment by the Court. Fed. R. Civ. P. 55(b)(2). MidFirst's Application is based on the following:

## ENTRY OF DEFAULT

The Clerk of Court has entered default as to the Complaint (ECF 1) against the following Defendants:

- Sun Joo Kim ("Kim") on August 20, 2024 (ECF 72);
- Retrievo, Inc. ("Retrievo") on December 20, 2023 (ECF 27);
- Edward Hong ("Hong") on December 20, 2023 (ECF 30);
- Medical Benefits Inc. ("Medical Benefits") on January 8, 2024 (ECF 43);
- Kiyong Jeong ("Jeong") on January 8, 2024 (ECF 43);
- Kris Park ("Park") on August 20, 2024 (ECF 72);
- Insuk Worldwide Corp. ("Insuk") on January 4, 2024 (ECF 39);
- Tae Myung Eom ("Eom") on January 4, 2024 (ECF 38);
- Woo Young Jang ("Jang") on August 20, 2024 (ECF 72);
- Vitapro, Inc. ("Vitapro") on December 28, 2023 (ECF 33);
- Hyejin Lee ("Lee") on December 20, 2023 (ECF 29);
- Sun Ok Yun ("Yun") on August 20, 2024 (ECF 72);
- Zebra Commerce, Inc. ("Zebra") on December 20, 2023 (ECF 28);
- Byungik David Oh ("Oh") on December 20, 2023 (ECF 26); and
- Yeon Yi ("Yi") on January 8, 2024 (ECF 43).

These Defendants are referred to collectively as the "Defaulted Defendants."

## DISMISSAL OF UN-SERVED DEFENDANTS

MidFirst has dismissed the remainder of the Defendants (Upgo, Inc., Terramor Enterprises Inc., Byung Woo Choi, Zodiak, Inc., Durustech, Inc., and Jungwoo Inc.) without prejudice. ECF 74.

**MINORITY, INCOMPETENCY, MILITARY SERVICE**

The Defaulted Defendants are not minors, incompetent persons, or in military service, and the Servicemembers Civil Relief Act (50 U.S.C. App. § 521) does not apply.

**NOTICE TO PARTIES WHO HAVE APPEARED**

Prior to entry of default, Kim, Park, Jang, and Yun appeared by Answer. ECF 44. On June 21, 2024, the Court entered an order striking their Answer and ordering them to answer or otherwise respond to the Complaint by July 12, 2024. ECF 61. They failed to do so, and on August 20, 2024, the Clerk of Court entered their default. ECF 72.

Since they appeared prior to default, MidFirst will serve the Notice of Application, this Application, and the supporting Declarations of Chad Berry and Daniel M. Hayes on Kim, Park, Jang, and Yun at least seven days before the September 20, 2024 hearing, in the same fashion as their former counsel did (ECF 63, 64), and will file proof of the same prior to the September 20, 2024 hearing.

The other individual Defaulted Defendants—Hong, Jeong, Eom, Lee, Oh, and Yi—attempted to Answer, but only after the Clerk of Court entered their respective defaults. ECF 50. Therefore, they are not entitled to notice of this Application. Nonetheless, MidFirst will also serve the Notice of Application, this Application, and the supporting Declarations on Hong, Jeong, Eom, Lee, Oh, and Yi at least seven days before the September 20, 2024 hearing, in the same fashion as their former counsel did (ECF 63, 64), and will file proof of the same prior to the September 20, 2024 hearing.

The corporate Defaulted Defendants—Retrievo, Medical Benefits, Insuk, Vitapro, and Zebra—never appeared or even attempted to appear. They are not entitled to notice of this Application. However, those Defendants will receive notice through their respective corporate representatives (Hong for Retrievo, Jeong for Medical Benefits, Eom for Insuk, Lee for Vitapro, and Oh for Zebra).

**PROOF OF DAMAGES**

Concurrently with this Application, MidFirst submits the Declarations of Chad

Berry and Daniel M. Hayes, substantiating its damages and attorney's fees and costs.

The Declaration of Chad Berry establishes that, as of August 20, 2024, the Defaulted Defendants were indebted to MidFirst in the following amounts, exclusive of late charges:

| Defaulted Defendant(s) | Principal | Interest | Total |
|---|---|---|---|
| Kim | $392,009.73 | $53,802.54 | $445,812.27 |
| Hong/Retrievo | $399,311.06 | $61,579.81 | $460,890.87 |
| Jeong/Medical Benefits | $253,210.83 | $36,971.57 | $290,182.40 |
| Park | $391,671.50 | $55,653.14 | $447,324.64 |
| Eom/Insuk | $270,888.24 | $39,084.27 | $309,972.51 |
| Jang | $399,739.51 | $61,514.52 | $461,254.03 |
| Lee/Vitapro | $341,047.97 | $50,505.69 | $391,553.66 |
| Yun | $383,135.07 | $55,946.14 | $439,081.21 |
| Oh/Zebra | $185,183.51 | $22,804.49 | $207,988 |
| | $3,016,197.42 | $437,862.17 | **$3,454,059.59** |

Declaration of Chad Berry, ¶ 9.

This amount is less than MidFirst is entitled to because it is exclusive of (i) late fees and (ii) interest that has accrued since August 20, 2024.

As alleged in the Complaint, each of the Defaulted Defendants is liable, jointly and severally, as a co-conspirator and an aider and abettor, for the total debt: $3,454,059.59. ECF 1, ¶¶ 34-98.

MidFirst is also entitled to punitive damages (ECF 1, ¶¶ 99-102), and to trebling of damages pursuant to 18 U.S.C. § 1964(c) (ECF 1, ¶¶ 103-108). Therefore, MidFirst is entitled to a total damage award of at least $10,362,178.77.

First, trebling results in total damages of $10,362,178.77.

Second, determining punitive damages by applying a conservative 2x multiplier to

compensatory damages (before the trebling) would render the same total damages amount: $10,362,178.77.

The allegations of the Complaint establish MidFirst's entitlement to punitive damages and the trebling effect of 18 U.S.C. § 1964(c). MidFirst requests the Court issue a total award against each of the Defaulted Defendants, jointly and severally, of $10,362,178.77, supported by both theories independently.

MidFirst is also entitled to attorney's fees and costs. *See, e.g.,* ECF 1-1, pp. 3, 10, 15. To the extent the Court decides it should set attorney's fees rather than use the default schedule in L.R. 55-3, the concurrently filed Declaration of Daniel M. Hayes substantiates $90,530 in reasonable attorneys' fees and $7,060.03 in costs incurred in connection with this action. Declaration of Daniel M. Hayes, ¶ 7, Ex. 1.

Therefore, MidFirst respectfully requests the Court issue a Default Judgment in the total amount of $10,362,178.77, and that the Court add its determination of attorney's fees and costs to that amount.

DATED: August 23, 2024　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　DANIEL M. HAYES
　　　　　　　　　　　　　　　　HAYES LITIGATION PC


　　　　　　　　　　　　　　　　By:/s/Daniel M. Hayes
　　　　　　　　　　　　　　　　　　Daniel M. Hayes
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff MidFirst Bank